IN THE UNITED STATES DISTRICT COURT
OF CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| **Catherine S. Cryan**<br><br>*Plaintiff,*<br><br>v.<br><br>**Monsanto Company,**<br><br>*Defendants.* | Case No: 3:17-cv-05084-VC<br><br>Judge Vince Chhabria<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**James Griffin O'Brien**<br>O'Brien Law, LLC<br>3763 Sulphur Spring Road<br>Ottawa Hills, OH 43606<br>(419) 930-6401<br>Fax: (419) 930-6401<br>Email: jim@obrien.law<br>*Counsel for Plaintiff*<br><br>**David W. Zoll**<br>Zoll & Kranz, LLC<br>Ste. 100<br>6620 Central Avenue<br>Toledo, OH 43617<br>419-841-9623<br>Fax: 419-841-9719<br>Email: david@toledolaw.com<br>*Counsel for Plaintiff* |

## NOTICE OF CHANGE IN COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2), Attorney David W. Zoll of Zoll & Kranz, LLC hereby withdraws as counsel of record for the Plaintiff, Catherine Cryan. James O'Brien of O'Brien Law, LLC shall continue to serve as counsel for Plaintiff Catherine Cryan. It is therefore requested that David W. Zoll be removed from any further notice on the above case.

Notice was given to the Plaintiff reasonably in advance and the Plaintiff has consented to Mr. Zoll's withdrawal. Plaintiff has also elected in writing to continue to be represented by Mr. O'Brien.

November 28, 2018

          Respectfully Submitted,

          /s/ David W. Zoll
          **David W. Zoll (OH0008548)**
          Zoll & Kranz, LLC
          6620 Central Avenue Ste. 100
          Toledo, OH 43617
          419-841-9623
          Fax: 419-841-9719
          Email: avid@toledolaw.com
          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of November 2018, a copy of the foregoing **Notice of Change in Counsel** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt and parties may access this filing through the Court's system.

          /s/ David W. Zoll
          **David W. Zoll (OH0008548)**
          Zoll & Kranz, LLC
          6620 Central Avenue Ste. 100
          Toledo, OH 43617
          419-841-9623
          Fax: 419-841-9719
          Email: avid@toledolaw.com
          *Counsel for Plaintiff*